- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Kurt A. Beseke, individually and on behalf of those similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Equifax Information Services LLC,<br><br>　　　　　　　Defendant. | Case No.: 17-cv-4971-DWF-KMM<br><br>**ORDER TO EXTEND DEADLINES FOR FACT DISCOVERY AND DISPOSITIVE MOTIONS** |

_____

Upon the parties' joint request to modify certain deadlines set previously in the Court's May 4, 2018 Scheduling Order (ECF No. 30) to allow for additional time to complete discovery and file dispositive motions, and for good cause shown, the Court orders an extension of deadlines as follows:

| Task | Deadline |
|---|---|
| Deadline for Defendant to produce the sample of 100,000 records | 1/4/2019 |
| Deadline for Defendant to serve its objections to Plaintiff's Rule 30(b)(6) deposition notice | 1/7/2019 |
| Deadline for parties to have completed meet and confer as to objections regarding Plaintiff's 30(b)(6) | 1/13/2019 |

| | |
|---|---|
| deposition notice | |
| Deadline for Plaintiff propose search terms for full production | 1/18/2019 |
| Disputes over the 30(b)(6) notice, if any, presented to the Court for resolution | 1/21/2019 |
| Parties complete meet and confer regarding search terms for disputes, the method for employing search terms, and the manner of production | 2/1/2019 |
| Initial 30(b)(6) deposition completed on topics other than disputes | 2/1/2019 |
| Responsive disputes produced | 4/7/2019 |
| 30(b)(6) deposition on dispute-related topics completed | 4/30/2019 |
| Close of discovery as to Phase I of the case | 4/30/2019 |
| Opening summary judgment cross briefs filed | 5/14/2019 |

Date:  December 14, 2018         *s/ Katherine Menendez*
                                 Katherine Menendez
                                 United States Magistrate Judge