# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

Kurt A. Beseke,

   Plaintiff(s),

v.

Equifax Information Services LLC,

   Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 17-cv-4971-DWF-KMM |
| Date: | 5/21/20 |
| Location: | Telephonic |
| Time Commenced: | 1:00 p.m. |
| Time Concluded: | 1:15 p.m. |
| Time in Court: | 15 Minutes |

APPEARANCES:

For Plaintiff: E. Michelle Drake, John G. Albanese
For Defendant: Meryl W. Roper, Zachary A. McEntyre

The Court held a telephonic status conference in this matter. Counsel continue to work cooperatively to resolve discovery disagreements. There are certain disagreements that the parties intend to raise in formal motions to the Court. In addition, counsel are likely to submit a stipulation recommending modest adjustments to the schedule, in light of delays largely attributable to the pandemic.

*s/Kathy Thobe*
Judicial Assistant/Courtroom Deputy