**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kurt A. Beseke, individually and on behalf of those similarly situated,

    Plaintiff,

v.

Equifax Information Services LLC,

    Defendant.

Case No. 17-4971 (DWF/KMM)

**ORDER FOR DISMISSAL**

Based upon the Stipulation of Dismissal filed by the Parties on December 4, 2020, (Doc. No. [183]),

**IT IS HEREBY ORDERED** that:

1. Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**;

2. The claims of putative class members are **DISMISSED WITHOUT PREJUDICE;** and

3. The parties shall bear their own fees and costs.

Dated: December 7, 2020

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge